## LIGHT AND WATER COMRS. v. SANITARY DISTRICT

No. 151 PC

Case below: 49 NC App 421

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 27 January 1981.

## MARSHALL v. MILLER

No. 3 PC
No. 72 (Spring Term)

Case below: 47 NC App 530

Petition by Attorney General for reconsideration of denial of discretionary review under G.S. 7A-31 (301 NC 401) allowed for limited purpose of consideration of question whether Court of Appeals erred in holding that proof of bad faith is required to establish a violation of G.S. 75-1.1, 6 January 1981.

## MASSEY-FERGUSON CORP. v. WOOLARD

No. 148 PC

Case below: 49 NC App 374

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 January 1981.

## OXENDINE v. DEPT. OF SOCIAL SERVICES

No. 169 PC
No. 71 (Spring Term)

Case below: 49 NC App 570

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 6 January 1981.